UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00160-FDW-DSC

| | |
|---|---|
| DANIELLE SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| NAVIENT SOLUTIONS, INC. f/k/a ) | |
| SALLIE MAE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* regarding the status of the case. On September 8, 2016, Plaintiff filed a Notice of Settlement (Doc. No. 13) informing the Court that the parties reached a settlement, and Plaintiff would dismiss the case with prejudice within thirty (30) days. Thirty (30) days has long passed and Plaintiff failed to file a stipulation of dismissal. Because Plaintiff informed the Court that the parties have settled all matters, the Court hereby DISMISSES the case *without prejudice*, and respectfully DIRECTS the Clerk to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: October 18, 2016

Frank D. Whitney
Chief United States District Judge